IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **NOEL ORTEGA,** | 2:07-CV-0915 LKK GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **T. FELKER, et al.,** | |
| Defendants. | |

On November 16, 2007, Defendants filed a motion for extension of time to file their reply brief in support of their motion for judgment on the pleadings. For good cause shown, Defendants are granted an extension of time, up to and including December 7, 2007, in which to file their reply brief.

Dated: 11/21/07                    /s/ Gregory G. Hollows
                                   U.S. Magistrate Judge

or915.eot

1