IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NOEL ORTEGA,

      Plaintiff,                    No. CIV S-07-0915 LKK GGH P

   vs.

T. FELKER, et al.,

      Defendants.          ORDER

_____/

       On April 16, 2008, the court recommended that defendants' motion for judgment on the pleadings be granted in part. The court also ordered defendants' motion granted in part and ordered plaintiff to file an amended complaint within thirty days.

       On May 9, 2008, plaintiff filed a motion for leave to file an amended complaint. Plaintiff did not file a proposed amended complaint with the motion. The court cannot construe the motion as an amended complaint because it does not include a request for relief as required by Fed. R. Civ. P. 8. Accordingly, the court will grant plaintiff thirty days to file an amended complaint on the form provided by the court.

       On October 24, 2007, defendants filed a motion for a protective order. Defendants request that discovery be stayed pending the court's ruling on defendants' motion for judgment on the pleadings. Good cause appearing, this motion is partially granted. Discovery is

stayed pending the filing of the amended complaint by plaintiff.

         Accordingly, IT IS HEREBY ORDERED that:

         1. Plaintiff's May 9, 2008, motion for leave to file an amended complaint is disregarded because plaintiff did not file a proposed amended complaint;

         2. Plaintiff is granted thirty days from the date of this order to file an amended complaint; the Clerk of the Court is directed to send plaintiff the form for a civil rights complaint by a prisoner;

         3. Defendants' October 24, 2007, motion for a protective order is granted; discovery is stayed pending the filing of an amended complaint by plaintiff.

DATED: 05/15/08

                                                     /s/ Gregory G. Hollows

                                            UNITED STATES MAGISTRATE JUDGE

or91.ord