IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NOEL ORTEGA,

      Plaintiff,                     No. CIV S-07-0915 LKK GGH P

   vs.

T. FELKER, et al.,

      Defendants.             <u>ORDER</u>

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On April 16, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed April 16, 2008, are adopted in full; and

2. Defendants' October 22, 2007, motion to dismiss is granted as to the due process claims against defendants Jackson and Felker and the facial equal protection claims against defendants Felker and Smith.

DATED: August 7, 2008

/orte0915.801

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT