1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10    NOEL FELIX ORTEGA,

11              Plaintiff,                    No. CIV S-07-0915 LKK GGH P

12         vs.

13    T. FELKER, et al.,

14              Defendants.               <u>ORDER</u>

15    _____/

16              Plaintiff has filed a document entitled "motion for production of documents."

17    Plaintiff is informed that court permission is not necessary for discovery requests and that neither

18    discovery requests served on an opposing party nor that party's responses should be filed until

19    such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant

20    to the Federal Rules of Civil Procedure.  Discovery requests between the parties shall not be filed

21    with the court unless, and until, they are at issue.

22              Accordingly, IT IS HEREBY ORDERED that plaintiff's December 24, 2008

23    motion for production of documents (Docket # 46) will be placed in the court file and

24    disregarded.  Plaintiff is cautioned that further filing of discovery requests or responses, except as

25    \\\\\

26    \\\\\

1

1   required by rule of court, may result in an order of sanctions, including, but not limited to, a

2   recommendation that this action be dismissed.

3   DATED: January 8, 2009

                                      /s/ Gregory G. Hollows

                                    GREGORY G. HOLLOWS
                                    UNITED STATES MAGISTRATE JUDGE

GGH:mp
orte0915.411